UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | No. 3:06-CR-92 |
| | ) | (Phillips) |
| JOANNE WEST | ) | |

### ORDER

By order entered November 15, 2006, the court granted defendant an extension of time to file objections to the presentence investigation report and to file a sentencing memorandum. Defendant's sentencing has now been continued to July 10, 2007, by agreement of the parties. Accordingly, defendant's objections and sentencing memorandum shall be due thirty (30) days prior to the sentencing date.

IT IS SO ORDERED.

ENTER:

          s/ Thomas W. Phillips
United States District Judge